JOSEPH MASEL, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Masel* v. *Brooklyn Heights R. R. Co.*, 154 App. Div. 903, affirmed.
(Submitted February 3, 1915; decided February 25, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 13, 1913, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant.

*Martin T. Manton* and *William H. Griffin* for appellant.

*George D. Yeomans* and *D. A. Marsh* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.